1  **SNYDER ♦ DORENFELD, LLP**
   5010 Chesebro Road
2  Agoura Hills, California 91301
   Telephone: (818) 865-4000
3  Facsimile: (818) 865-4010
   DAVID K. DORENFELD, No. 145056
4  RODGER S. GREINER, No. 144123

5  Attorneys for Plaintiffs ISABELLA ANTONIA HUGHES JAMES,
   by and through her Guardian Ad Litem JOHN LESS HUGHES;
6  JENNIFER HARDY

7

8                    **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10

11  ISABELLA ANTONIA HUGHES          )   Case No.  C-08-02726 JCS
    JAMES, by and through her Guardian Ad )
12  Litem JOHN LES HUGHES; JENNIFER  )
    HARDY,                           )   JOINT REQUEST TO VACATE
13                                   )   CASE MANAGEMENT
                  Plaintiffs,        )   CONFERENCE
14                                   )
         vs.                         )
15                                   )
    FORD MOTOR COMPANY; and DOES     )
16  1 through 100, inclusive,        )
                                     )
17  _____Defendants._____)

18

19

20

21       The parties jointly request that the Case Management Conference scheduled for

22  November 13, 2009 be vacated and that the parties be relieved from having to update

23  the Case Management Statement by November 6, 2009.  This request is based upon the

24  fact that the entire action has been settled.  As the plaintiff is a minor, the plaintiff will

25  be submitting the necessary petition to have the court approve the settlement.

26

27

28  ///

-1-
JOINT REQUEST TO VACATE CASE MANAGEMENT CONFERENCE

1   Dated: November 5, 2009       SNYDER ♦ DORENFELD, LLP

2

3

4                     By:  */s/ David K. Dorenfeld*

                            DAVID K. DORENFELD

5                        RODGER S. GREINER

                 Attorneys for Plaintiffs ISABELLA

6               ANTONIA HUGHES JAMES, by and

               through her Guardian Ad Litem JOHN LES

7               HUGHES; JENNIFER HARDY

8

9   Dated: November 5, 2009       SHOOK, HARDY & BACON L.L.P.

10

11                 By:      */s/ Frank P. Kelly*

12                     FRANK P. KELLY

13                     RANDALL D. HAIMOVICI

14                     SARA TROPEA

                     Attorneys for Defendant

15             FORD MOTOR COMPANY

16

17

18   Dated: Nov. 5, 2009

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

JOINT REQUEST TO VACATE CASE MANAGEMENT CONFERENCE

SNYDER ♦ DORENFELD, LLP