BRADLEY A. SNYDER
DAVID K. DORENFELD
* * *
RODGER S. GREINER
MICHAEL D. MARGOLIN
* * *
GERALD P. PETERS
Of Counsel

LAW OFFICES OF
# SNYDER • DORENFELD, LLP
A LIMITED LIABILITY PARTNERSHIP

5010 CHESEBORO ROAD
AGOURA HILLS, CA 91301
* * *
TELEPHONE    FACSIMILE
(818) 865-4000  (818) 865-4010
E-MAIL: info@SD4LAW.com

November 24, 2009

*E-FILING*

Clerk of the Court,
U.S. Courthouse
450 Golden Gate Ave., 15th Floor
Courtroom A
San Francisco, CA 94102-3483

    Re:  **Isabella Antonia Hughes James v. Ford Motor Company**
    Case #:  C-08-02726-JCS
    Hearing:  December 4, 2009 at 1:30 p.m. Dept A.

Dear Clerk of the Court:

    This letter is to advise that we would like to appear telephonically for the hearing on Plaintiffs Petition to Approve Compromise of Disputed Minors Claim scheduled for December 4, 2009 at 1:30 p.m. in Department A. Our phone number is (818)865-4000. We would also request that the petitioner, John Les Hughes, and claimant be able to appear telephonically. His number is (510)799-9539.

    Thank you for your consideration in this regard. Should you have any questions, please do not hesitate to contact the undersigned.

    Very truly yours,

    SNYDER • DORENFELD, LLP

    David K. Dorenfeld

DKD/gs

Dated: Nov. 30, 2009

*IT IS SO ORDERED*
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA