

www.shb.com

November 25, 2009

**Sara Tropea**

333 Bush Street, Suite 600
San Francisco
California 94104-2828
415.544.1943  Tel
415.391.0281  Fax

<u>**VIA ELECTRONIC FILING AND SERVICE**</u>
Clerk of the Court
United States District Court
Northern District of California
San Francisco Division
450 Golden Gate Avenue
San Francisco, CA

Re:  <u>**Isabella Antonia James  v. Ford Motor Company**</u>
U.S.D.C. - Northern District of California Case no. C 08-02726 (JSC)

Dear Clerk of the Court:

Pursuant to the Court's November 23, 2009 Notice, this correspondence will serve as a request for the Court to allow my telephonic appearance at the hearing on Plaintiff's Petition to Approve Compromise of Disputed Minor's Claim, set for December 4, 2009, at 1:30 p.m.

I can be contacted at 415-544-1903 during said hearing.

Thank you.

Sincerely,

*/s/ Sara Tropea*

Sara Tropea

Dated:  Nov. 30, 2009



IT IS SO ORDERED
Judge Joseph C. Spero

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

174000v2