# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABELLA ANTONIA HUGHES JAMES, by and through her Guardian Ad Litem JOHN LES HUGHES; JENNIFER HARDY,<br><br>           Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 100, inclusive,<br><br>           Defendants. | Case No. C-08-02726 JCS<br><br>**[~~PROPOSED~~] SECOND AMENDED ORDER APPROVING COMPROMISE OF DISPUTED MINOR'S CLAIM** |

1. ***Petitioner***

    John Les Hughes, as Guardian ad Litem for Isabella Antonia Hughes James, has petitioned for Court approval of a proposed compromise of a disputed claim of a pending action involving a minor.

2.  *Hearing/Ruling Date*

    Date: December 4, 2009

    Time: 1:30 p.m.

    Courtroom: A

3.  *Relationship to Claimant*

    Petitioner is the Claimant's Guardian ad Litem.

4.  *Claimant*

    Isabella Antonia Hughes James.

5.  *Defendant*

    The action to be compromised is asserted against Ford Motor Company.

6.  *The Court finds* that all notices required by law have been given.

7.  *The Court Orders*:

    (a) The Petition is granted and the proposed compromise of action is approved.

    The gross amount of the settlement in favor of Claimant is $200,000.00.

    (b) The Payer shall distribute the proceeds of the settlement approved by this Court in the following manner:

    (1) Payment of Fees and Expenses:

    (a) Attorneys' fees in the amount of $50,000.00 made payable to Snyder ♦ Dorenfeld, LLP

    (b) Expenses paid by Snyder ♦ Dorenfeld, LLP in the amount of $45,773.92;

[PROPOSED] AMENDED ORDER APPROVING COMPROMISE OF DISPUTED MINOR'S CLAIM

(c) Payment of $54,226.08 to Petitioner for past and future living expenses of the Claimant;

(d) $50,000.00 to Metropolitan Life Insurance Company, rated A+15 by A.M, Best, for the purchase of an annuity as set forth in the Petition with payment of $117,170.00 when the Claimant turns 25 years of age.

(e) In the event of the death of the claimant prior to her 25th birthday, the beneficiary of annuity shall be Jennifer Hardy.

### 8. *Authorization to Execute Settlement Documents*

Petitioner is authorized to execute settlement documents upon receipt of the full amount of the settlement sum approved by this Order and deposit of funds. The Petitioner is authorized and directed to execute and deliver to the Payer a full, complete, and final release and discharge of any and all claims and demands of the Claimant by reason of the accident described in Petition and as the resultant damages to the Claimant.

Dated: December 16, 2009



United St_____ Judge Joseph C. Spero

-3-

**[PROPOSED]** AMENDED ORDER APPROVING COMPROMISE OF DISPUTED MINOR'S CLAIM