1 | Frank P. Kelly (SBN: 083473)
fkelly@shb.com
2 | Randall Haimovici (SBN: 213635)
rhaimovici@shb.com
3 | Katherine A. Wolf (SBN :267763)
kwolf@shb.com
4 | SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
5 | San Francisco, California 94104-4505
Telephone: 415.544.1900
6 | Facsimile: 415.391.0281

7 | Attorneys for Defendant
FORD MOTOR COMPANY

8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | ISABELLA ANTONIA HUGHES JAMES, by and through her Guardian Ad Litem JOHN LES HUGHES; JENNIFER HARDY,

Case No. C 08-02726 JCS

12 | JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

13 | Plaintiffs,

14 | vs.

15 | FORD MOTOR COMPANY; and DOES 1 through 100, inclusive,

16 | Defendants

210093 v2

Whereas, Plaintiffs ISABELLA ANTONIA HUGHES JAMES, by and through her Guardian Ad Litem JOHN LES HUGHES; and JENNIFER HARDY, and Defendant FORD MOTOR COMPANY agreed to a compromise of this case;

Whereas, Plaintiff ISABELLA ANTONIA HUGHES JAMES, by and through her Guardian Ad Litem JOHN LES HUGHES, filed a Petition to Approve Compromise of the Disputed Minor's claim;

Whereas, this Honorable Court issued a Second Amended Order Approving Compromise of the Disputed Minor's Claim on December 16, 2009;

Whereas, Defendant FORD MOTOR COMPANY has fully complied with all the terms of the compromise as approved by this Honorable Court; and

Whereas, Plaintiffs ISABELLA ANTONIA HUGHES JAMES, by and through her Guardian Ad Litem JOHN LES HUGHES; and JENNIFER HARDY, and Defendant FORD MOTOR COMPANY hereby agree and stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure that this Court may dismiss the above-entitled action WITH PREJUDICE.

Dated: June 9, 2011          SNYDER DORENFELD, LLP

                              By: /s/ David K. Dorenfeld_____
                                  DAVID K. DORENFELD
                                  RODGER S. GREINER

                                  Attorneys for Plaintiffs
                                  ISABELLA ANTONIA HUGHES JAMES, by
                                  and through her Guardian Ad Litem JOHN
                                  LES HUGHES and JENNIFER HARDY

Dated:  June 9, 2011          SHOOK, HARDY & BACON L.L.P.

                              By: /s/ Randall D. Haimovici_____
                                  FRANK P. KELLY
                                  RANDALL D. HAIMOVICI
                                  KATHERINE A. WOLF

                                  Attorneys for Defendant
                                  FORD MOTOR COMPANY

1
STIPULATION & [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
CASE NO. C 08-02726 JCS

210093 v2

**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**

Pursuant to the foregoing Stipulation, and good cause appearing therefore, the above-entitled action is HEREBY DISMISSED WITH PREJUDICE.

IT IS SO ORDERED:

Dated: 06/10/11



_____
United States Magistrate Judge

2
STIPULATION & [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
CASE NO. C 08-02726 JCS

210093 v2